No. 81–486. MARTINS FERRY HOSPITAL ASSN. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. (two cases). C. A. 6th Cir. Certiorari denied.

No. 81–521. BECHTEL CORP. ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–530. CHERNABAEFF *v.* MOSS ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–542. PROFESSIONAL AIR TRAFFIC CONTROLLERS ORGANIZATION ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 81–548. KOPPERS CO., INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–569. COLE *v.* UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–570. ROBERTS *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 81–584. ORECK CORP. *v.* WHIRLPOOL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–591. FREGLETTE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 81–607. WELDON *v.* HUNT ET AL. C. A. 6th Cir. Certiorari denied.

No. 81–608. SCHLESINGER *v.* SCHLESINGER. Ct. Sp. App. Md. Certiorari denied.

No. 81–621. TAYLOR ET AL. *v.* GRAHAM ET AL. Sup. Ct. Fla. Certiorari denied.